IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Rush, Marlon

Printed: 1/15/08

Case Number: 07 B 10552
Judge: Hollis, Pamela S
Filed: 6/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,004.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,814.00 |
| Trustee Fee: |  | 160.63 |
| Other Funds: |  | 2,029.37 |
| Totals: | 5,004.00 | 5,004.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,814.00 | 2,814.00 |
| 2. | Green Tree Acceptance Inc | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 4. | Green Tree Acceptance Inc | Secured | 0.00 | 0.00 |
| 5. | Green Tree Acceptance Inc | Secured | 0.00 | 0.00 |
| 6. | Green Tree Acceptance Inc | Secured | 4,409.28 | 0.00 |
| 7. | EMC Mortgage Corporation | Secured | 54,150.00 | 0.00 |
| 8. | United States Dept Of Education | Priority | 27,258.10 | 0.00 |
| 9. | Nicor Gas | Unsecured | 1,281.13 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 440.29 | 0.00 |
| 11. | FCNB Master Trust | Unsecured | 934.55 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 74.08 | 0.00 |
| 13. | United States Dept Of Education | Priority |  | No Claim Filed |
| 14. | Financial Asset Management Systems, Inc | Unsecured |  | No Claim Filed |
| 15. | MRSI | Unsecured |  | No Claim Filed |
| 16. | F&W LLC | Unsecured |  | No Claim Filed |
| 17. | MRSI | Unsecured |  | No Claim Filed |
| 18. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 19. | Park Dansan | Unsecured |  | No Claim Filed |
| 20. | United States Dept Of Education | Unsecured |  | No Claim Filed |
|  |  |  | $ 91,361.43 | $ 2,814.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 160.63 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Rush, Marlon

Printed:  1/15/08

Case Number:  07 B 10552
Judge:  Hollis, Pamela S
Filed:  6/13/07

_____
$ 160.63

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

